98-CT-00417-SCT

98-CT-00417-SCT